THE MAYAGUEZ DRUG COMPANY, INC., Appellant, v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF NEW YORK, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Finch, P. J., and McAvoy, J., dissent.